IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOYCE J. SENNE,                )<br>                                              )<br>     Plaintiff,                       )<br>                                              )<br>     v.                                     )<br>                                              )<br> MICHAEL J. ASTRUE,         )<br> Commissioner of Social Security, )<br>                                              )<br>     Defendant.                    )   | CIVIL ACTION NO. 1:09cv952-CSC<br>(WO) |

## ORDER

Now pending before the court is the plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) filed on June 20, 2011 (doc. # 23). On June 30, 2011, the defendant filed a response to the plaintiff's motion for attorney's fees (doc. # 25) objecting to the hourly rate requested in this case and suggesting that the award should be reduced by fifty percent. Upon consideration of the defendant's response, and for good cause, it is

ORDERED that on or before **July 15, 2011**, the plaintiff shall file a reply to the defendant's response.

Done this 30th day of June, 2011.

                    /s/Charles S. Coody
            CHARLES S. COODY
            UNITED STATES MAGISTRATE JUDGE